<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7130**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHARLES TYRONE PEELER,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. Peter J. Messitte, District Judge; Herbert N. Maletz, Senior Judge, sitting by designation. (CR-96-379-PJM, CA-99-3646-HNM)

---

Submitted: November 9, 2000          Decided: November 15, 2000

---

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles Tyrone Peeler, Appellant Pro Se. Ranganath Manthripragada, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Tyrone Peeler appeals the district court's orders denying relief on his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 2000), and denying his subsequent motions for transcripts and discovery materials.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See United States v. Peeler, Nos. CR-96-379-PJM; CA-99-3646-HNM (D. Md. May 8 & July 6, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED